UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE RECORDS, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>            Plaintiffs,<br><br>  v.<br><br>KRISTI SUBHANSEN,<br><br>            Defendant. | 2:05-cv-01283-GEB-PAN<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

On August 5, 2005, Plaintiffs filed a request to continue the Status (Pretrial Scheduling) Conference currently scheduled on August 22, 2005. The Status Conference is continued to November 14, 2005, 9:00 a.m. A further joint status report shall be filed no later than October 31, 2005.[1]

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the
(continued...)

1       Plaintiffs are hereby notified that this action may be
2 dismissed without prejudice under Fed. R. Civ. P. 4(m) if Defendant is
3 not served by October 24, 2005.  To avoid dismissal, a
4 proof of service shall be filed no later than October 24, 2005.
5       If Plaintiffs believe they have good cause to justify
6 extension of Rule 4(m)'s 120-day service period, they shall file a
7 declaration no later than October 24, 2005, showing "good cause" why
8 the action should not be dismissed without prejudice as to that
9 defendant.

11       IT IS SO ORDERED.
12 Dated:  August 12, 2005

14       /s/ Garland E. Burrell, Jr.
      GARLAND E. BURRELL, JR.
      United States District Judge

---

[1](...continued)
other party or parties.

2