1

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

CAROLINE RECORDS, INC., a New York )
12 corporation; VIRGIN RECORDS          )      2:05-cv-01283-GEB-PAN
AMERICA, INC., a California           )
13 corporation; ARISTA RECORDS LLC,    )
a Delaware limited liability          )
14 company; UMG RECORDINGS, INC., a    )
Delaware corporation; ELEKTRA         )
15 ENTERTAINMENT GROUP, INC., a        )
Delaware corporation; and             )
16 INTERSCOPE RECORDS, a California    )
general partnership,                  )
17                                     )
                         Plaintiffs,  )
18                                     )
      v.                              )      ORDER CONTINUING STATUS
19                                     )      (PRETRIAL SCHEDULING)
KRISTI SUBHANSEN,                     )      CONFERENCE
20                                     )
                         Defendant.   )
21 _____)

22

23          Since Plaintiffs indicate they will not be able to

24 effectuate service in this action until December 20, 2005, the Status

25 (Pretrial Scheduling) Conference currently scheduled on November 14,

26 /////

27 /////

28 /////

1

1  2005, is continued to February 21, 2006, at 9:00 a.m.  A further joint

2  status report shall be filed no later than February 6, 2006.[1]

3

4

5          IT IS SO ORDERED.

6  Dated:  November 7, 2005

7
                                    /s/ Garland E. Burrell, Jr.
8                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   _____

        [1]    Plaintiffs are warned that failure to file a Rule 16
   filing could result in imposition of sanctions.

2