| | |
|---|---|
| 1 | Leemore Libesman, SBN 221969 |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 777 South Figueroa, Suite 2800 |
| | Los Angeles, California 90017 |
| 3 | Telephone:  (213) 572-4300 |
| | Facsimile:  (213) 572-4400 |
| 4 | Email: leemore.libesman@hro.com |
| 5 | Attorneys for Plaintiffs |
| | CAROLINE RECORDS, INC.; VIRGIN RECORDS |
| 6 | AMERICA, INC.;ARISTA RECORDS LLC; UMG |
| | RECORDINGS, INC.; ELEKTRA |
| 7 | ENTERTAINMENT GROUP INC.; AND |
| | INTERSCOPE RECORDS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROLINE RECORDS, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership, | Case No. 2:05-CV-01283 GEB PAN<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |
| Plaintiffs, | |
| v. | |
| KRISTI HANSEN, | |
| Defendant. | |

[PROPOSED] ORDER
CASE NO. 05-CV-01283 GEB PAN

97919V1

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiffs have filed an Application For Substitution of Attorneys for Plaintiffs.  Upon
2 consideration of all the papers filed in connection therewith and good cause showing therefore, it is
3 hereby ordered that the Application is GRANTED.
4   SO ORDERED.

DATED: March 13, 2006

    /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.

United States District Judge

2  [PROPOSED] ORDER
CASE NO. 05-CV-01283 GEB PAN

97919V1

PDF created with pdfFactory trial version www.pdffactory.com