Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
thomas.kerr@hro.com

Attorneys for Plaintiffs
CAROLINE RECORDS, INC.; VIRGIN
RECORDS AMERICA, INC.; ARISTA
RECORDS LLC; UMG RECORDINGS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.;
AND INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROLINE RECORDS, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,,<br><br>          Plaintiff,<br>     v.<br><br>KRISTI HANSEN,<br><br>          Defendant. | Case No. CV05-1283-GEB-EFB<br><br>Honorable Garland E. Burrell Jr.<br><br>***EX PARTE* APPLICATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

///

1

STATUS REPORT
Case No. CV05-1283-GEB-EFB
#27366 v1

Plaintiffs respectfully request that the court continue the status conference currently set for January 16, 2007, at 9:00 a.m. until March 27, 2007. The Summons and Amended Complaint in this matter were filed with the Court on June 15, 2006, and Defendant was personally served with the Summons and Amended Complaint on June 27, 2006. To date, Defendant has not answered or filed a response to the Complaint and therefore, on July 31, 2006, default was entered against Defendant. Plaintiffs remain prepared to file a motion for default judgment against Defendant, however the parties remain in communication and are hopeful that a settlement can be reached in this matter. Plaintiffs, aware of the preference for substantive resolutions rather than default actions, are dutifully pursuing this option.

For the reasons set forth above, Plaintiffs respectfully request that the Court continue the status conference currently set for January 16, 2007, at 9:00 a.m. until March 27, 2007.

DATED: January 2, 2007        THOMAS M. KERR
                              HOLME ROBERTS & OWEN LLP


                              By: _____/s/ *Thomas Kerr* _____
                                  Thomas M. Kerr
                                  Attorney for Plaintiffs


## ORDER

Good cause having been shown:

**IT IS ORDERED** that the status conference currently set for January 16, 2007, at 9:00 a.m. is continued until March 26, 2007 at 9:00 a.m.

Dated: January 4, 2007

                              GARLAND E. BURRELL, JR.
                              United States District Judge

STATUS REPORT
Case No. CV05-1283-GEB-EFB
#27366 v1